IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR412-275
)
DARVIN MORRIS, )
)
    Defendant. )
)

ORDER

Before the Court is the Government's Amended Motion for Reduction of Sentence Pursuant to Rule 35 and 18 U.S.C. § 3553(e). (Doc. 46.) In its motion, the Government asserts that, pursuant to Federal Rule of Criminal Procedure 35(b), a reduction in Defendant's sentence is warranted based on his assistance in the investigation and prosecution of others. After careful consideration, the Government's motion is **GRANTED**. It is the judgment of the Court that Defendant's term of imprisonment shall be reduced from **120** to **90 months**. All other terms and conditions of the sentence previously imposed by the Court shall remain in full effect. The Clerk of Court is **DIRECTED** to amend the judgment in this case in accordance with this order.[1]

SO ORDERED this 20th day of December 2016.

                                                 WILLIAM T. MOORE, JR.
                                               UNITED STATES DISTRICT COURT
                                               SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant's Motion to Remand (Doc. 43) is **DENIED** as frivolous.